In re Schultz, Darryl M. et al.; Reed, Morris Hon.; Quinlan, Patrick Hon.; Winsberg, Jerome M. Hon.; Marullo, Frank A. Hon.; Johnson, Calvin Hon.; Waldron, Dennis J. Hon.; Shea, Frank J. Hon.; McKay, James F. Ill Hon.; Bige-low, Raymond C. Hon.; Cannizaro, Leon A. Jr. Hon.; — Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court, Div. K, No. 97-5877; to the Court of Appeal, Fourth Circuit, No. 99-CA-1997.
Denied.
VICTORY, J., not on panel.